AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  1:21-CR-00100-01 |
| JOAN CICCHIELO | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: U.S. Courthouse & Federal Building<br>228 Walnut Street<br>Harrisburg, PA 17108 | Courtroom No.:  CR # 5, 11TH Floor |
|---|---|
| | Date and Time: May 6, 2021 at 9:00 a.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  5-4-21

_____
*Judge's signature*

_____
Martin C. Carlson, U.S. Magistrate Judge
*Printed name and title*