AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

United States of America
v.
JOAN CICCHIELLO

Case No. 1:21-cr-100-01

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JOAN CICCHIELLO,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Purjury

RECEIVED
USMS MIDDLE/PA
2021 APR -1  AM 10: 16
HARRISBURG, PA

Date: 03/31/2021

FILED
HARRISBURG, PA
MAY 05 2021
PER _____
DEPUTY CLERK

s/Rashelle Weida
*Issuing officer's signature*

City and state: Harrisburg, Pennsylvania

Rashelle Weida, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 5/3/21, and the person was arrested on *(date)* 5/4/21
at *(city and state)* Mt. Carmel, PA

Date: 5/4/21

_____
*Arresting officer's signature*

Michael Williams, Special Agent
*Printed name and title*