IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:21-CR-100 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| JOAN CICCHIELLO, | : | |
| | : | |
| Defendant | : | |

### MOTION TO WITHDRAW PLEA

AND NOW, this 5th day of February, 2022, defendant, Joan Cicchiello in open court, moves the court to be permitted to withdraw her plea of not guilty and to enter a plea of **GUILTY** to Count(s) **1** of the Indictment.

_____
JOAN CICCHIELLO, Defendant

### ORDER

NOW, this 15th day of February 2022, the Motion to Withdraw Plea is GRANTED.

_____
CHRISTOPHER C. CONNER
United States District Judge
Middle District of Pennsylvania

### PLEA

NOW, this 15th day of February, 2022, the defendant Joan Cicchiello in open court enters her plea of guilty to Count(s) **1** of the Indictment.

_____
JOAN CICCHIELLO, Defendant