# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:21-CR-100** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **JOAN CICCHIELLO,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 9th day of June, 2022, the court having received the final presentence report and addendum thereto in the above-captioned action, and concluding that there are no outstanding matters which warrant a presentence conference, it is hereby ORDERED that:

1. The presentence conference is CANCELLED.

2. Sentencing in the above-captioned action shall now commence at **10:00 a.m. on Friday, July 22, 2022**, in Courtroom #2, Ninth Floor, United States Courthouse and Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania.

3. The sentencing memoranda, departure motion, and character letter deadlines set forth in the court's post-plea order (Doc. 84) are modified as follows:

    a. The defendant and the government may, but are not required to, submit sentencing memoranda in advance of sentencing. Any sentencing memorandum shall be filed **at least 7 days** before sentencing.

    b. The government shall exercise best efforts to file any motion for departure based on substantial assistance pursuant to U.S.S.G. § 5K1.1 **at least 3 days** before sentencing.

    c.  Defense counsel shall exercise best efforts to submit character letters **at least 3 days** before sentencing.  Character letters shall be sent to the probation officer for submission to the court and shall not be submitted directly to the court.

                                    <u>/S/ CHRISTOPHER C. CONNER</u>
                                    Christopher C. Conner
                                    United States District Judge
                                    Middle District of Pennsylvania