# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:21-CR-100** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **JOAN CICCHIELLO,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 22nd day of June, 2022, it is hereby ORDERED that:

1. Sentencing is MOVED TO **10:00 a.m. on Wednesday, June 29, 2022**, in Courtroom #2, United States Courthouse and Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania, 17101.

2. All other presentencing deadlines and instructions set forth in the court's scheduling order (Doc. 94) dated June 9, 2022, remain in full force and effect, except as modified herein.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania