Joan Cicchiello
101319
Dauphin County Prison
501 Mall Road
Harrisburg, pa 17111-1299

July 12, 2022

Clerk Of Court
Ronald Regan Building
228 Walnut Street
Harrisburg, Pa 17108

**FILED**
HARRISBURG, PA

JUL 19 2022

PER _____
DEPUTY CLERK

Dear Clerk of Courts:

On June 29, 2022 I had my sentencing Hearing.  I am requesting a copy of my transcript for that hearing. My sentencing Hearing was on June, 29, 2022 at 10 AM Before the Honorable Christopher C Conner.

I am currently at Dauphin County Prison.  My final destination is Danbury Federal Prison Camp. Please forward my transcript.

Thank You for your time and inconvenience

Respectfully Submitted

Joan Cicchiello



NAME Cicchiello
D.C.P.#  012719
DAUPHIN COUNTY PRISON
501 MALL ROAD
HARRISBURG, PA 17111-1299

RECEIVED
HARRISBURG PA
JUL 19 2022
PER _____
E.C.
DEPUTY CLERK

HARRISBURG PA  171
14 JUL 2022  PM 2  L

Clerk of Courts
Federal Building
228 Walnut St
Hbg, Pa 17108

17108-258699

USA ★ FOREVER