IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Joan Cicchiello
   Petitioner

vs

United States of America
   Respondant

1:15CR-00 223
1:21-CR-100-1
Conner

FILED
HARRISBURG, PA
OCT 26 2022
PER_____SH_____
DEPUTY CLERK

## Motion For Compassionate Release
## Immediate Release

AND Now Comes Petitioner Joan Cicchiello, Pro Se.
Stating the Following:

Petitioner was Placed in Dauphin County Prison on or About May 5th 2021 Bail was Denied Flight/Escape Risk Charges that later were Dropped by Prosecutor.

BACKGROUND.
On or About December 5, 2021 Petitioner was Placed in Solitary Confinement for 10 days for Hording Salt water eye Drops Dauphin County Prison's Commissary had No eye Drops to Purchase. Dauphin County Prison Medical Staff would forget to Bring eye Drops Due to the Fact that they were to be on Person


All other Inmates were Allowed to keep their eye Drops on person or trade 1 eyedrop. used for New one At medication Line. Petitioner, I, on the other hand had to use the entire eye Drop At medication Line - Like A Lave which ADDed to the Dryness of the eye.

## New Situation At SFF Hazleton

Petitioner Arrives At SFF Hazleton. Petitioner was told to order them From Commissary. Petitioner is enclosing A Commissary Sheet From SFF Hazleton As Exhibit (1)

Petitioner was to Report to medical on/or About September 27, 2022 And never saw her Name on the Call out. Petitioner was mandated to medical for an EKG And Became medically Distraught in medical where Petitioner voiced her Concerns with Reference to Not Seeing Sight Wise Nor Physically Feeling well. Petitioner At that time was taken to See the eye Doctor who was Conviently on Site. medical thought. (my opinion) that I were A "Drama Queen". the opthalmatrist/optician had me Read the eye chart Dialated my pupils etc. Her Conclusion was Due to the Chronic Dryness of my eyes she Immediately ordered prednisolone opthalmic Suspension 1% And Erythromycin opthalmic ointment

see exhibit 2

the opthalmatrist/optician explained that due to the chronic dryness and lave my vision went from 20/15 both eyes to 20/60. Also my body started to reform cataracs over my implants and my vision will eventually cause blindness if not corrected

## History at Dauphin County Prison.

On or about 1/3/2022 Petitioner was to report for her plea hearing, while at Court Petitioner Collapsed Due to untreated urinary tract infection and contracted Covid was quarantined and then placed in Cell #4 on the woman Unit on or about 1/28/2022. Friday

From January 28, 2022 Friday until April 29 2022 Raw sewage Seeped from the base of the toilet. At that time Petitioner was placed in the Day Room. On Friday April 29, 2022 Assistant Warden and Ms. Brown from the Prison Society came on the unit and noticed a blanket in front of Cell #4. Both the Assistant Warden Pierre and Ms Brown went to the door on Cell #4 and viewed the cell. Cell #3 Flushed their toilet at that very moment. Raw Sewage Poured into Cell #4 and ran under the door, under the blanket and into the Day Room where they both were standing. I approached

(4)

the Deputy Warden and M's Brown and told them that I lived in that cell for 4 months. Petitioner handed M's Brown a copy of the letter to the Warden. The letter to the Warden was written March 2022 and sent not only to the Warden, Prison Society and my Lawyer. Petitioner was in Cell #4 twenty four (24) hours a day, Seven (7) days a week, and allowed out of Cell #4 only for (15) fifteen minutes Showers. Petitioner had to clean Cell #4 using Petitioner's Personal wash cloths and towels. Petitioner was denied Disinfectants, gloves and/or any protective gear.

Medical and Staff would make comments such as "We Don't Charge Extra for free water on the Floor" "Where can you have a Natural Stream in Your Room" - I would tell medical I suffered from Dysentery, Nausea, Vomiting, Poor Appetite Weight Loss, Dizziness Lyh headodness etc. My complaints fell on Deaf ears my weight went as low as 102 lbs- Petitioner entered Dauphin County Prison weighing 148 lbs

When Petitioner Left Dauphin County Prison on or about July 29, 2020. the toilet in Cell #4 was not able to Last without Cracking for (7) seven days due to the pressure, gas and back wash from Raw Sewage. So I Left DCP with no Toilet in Room #4

## New Situation - SFF Hazleton.

Petitioner Joan Cicchiello arrives at SFF Hazleton on or about August 24, 2022 and I, Petitioner is immediately placed in Solitary Confinement. SFF Hazleton Calls it the "SHU" Segregated Housing Unit. See Exhibit 3. Exhibit 4 Demonstrates that my Admistrative Remedy was Returned And Counselor Slinka Refuse to Allow Petitioner to have BP#10

Solitary Confinement Due to No Room on General Compound. Petitioner was given Rules. For the SHU - Petitioner was Denied Phone Calls to Family or Friends. No yard time No Commissary, Basic hygiene. Once Again Petitioner was Locked Down (24) twenty-four hours A Day (7) Seven Days A week with A shower in the Cell.

## New Situation - SFF Hazleton - General Population

Petitioner was placed in K, Cell 127 Bottom tier top Bunk Petitioner Slept on the Floor And then Saw Counselor Slinka the next Day.

Petitioner was then placed top tier Bottom Bunk in Room 221. Where the toilet is Broken and leaks Raw Sewage.
See Exhibit 5.
Answer: Work Order Submitted 9/26/2022
Petitioner Continues with dysentery Nausea Vomiting Lack of Appetite Weight Loss.

Due Process
Federal Bureau of Prisons UN Lawfully Computed my Sentence.

On September 24 2022 Petitioner had a team meeting. Petitioner's Projected Release Date is 7/11/2024 See exhibit 6. Page 1

Petitioner was unable to comprehend 7/11/2024 - Max Date Should have been 5/9/2024

Petitioner asked for a Calculation of Sentence
See Seven 7 Exhibit

Calculation of 1:15CR 00223  72 months to serve. Page 1 · Exhibit 7

Calculation to Serve. 06:29-2022  15 months. Exhibit 7 Page 2.

Aggregated Sentence.                87 months.
term in effect                       _____
Exhibit 7 Page 3                     7 years 3 months

Supervision  3 years.

Full term Sentence  =  8/06/2025
Exhibit 7 Page 3

No time served.
For Judge Conner and Petitioner Public Defender. For how hard they tried to word the order of Court It did not matter to BoP

# COMPASSIONATE RELEASE
## IMMEDIATE RELEASE

As Amended by the First Step Act, the Compassionate Release Statue Allow Courts to Reduce Sentences - Including mandatory minimums - For "Extraordinary and Compelling" Reasons once an Individual has unsuccessfully Sought Release within the Bureau of Prisons (BOP) United States v Owens 996 F3d 755 762 (6th Cir 2021) (A mandatory minimum Sentence can be Reduced via Compassionate Release) Exhibit 8.

### Request For Reduction In Sentence Form

I Submitted a Reduction In Sentence Form Per BOP Policy. BOP to Date at SFF Hazleton has Denied each and every Reduction in Sentence (RIS) Petitioner's Form was Submitted 10/08/2022
See Exhibit 9

### Petitioner Denied the First Step Act.
Section 2018 Section 404B
See Exhibit 7. FSA Eligibility Status is = Ineligible
Per Exhibit 6. Pending Charges

Pending Charges - Exhibit 6
17 Perjury Tamper w/ Public Records -Theft
   Warrant Issued 11/2017, Sunbury, PA
   MJ 08304 CR 389 217
Per Petitioner's Pre Sentencing Information
Petitioner has No outstanding Anything
Petitioner was Notified that As long as this
is in Place there will be No First Step Act
Credits
     See Exhibit 6 Page 3

### Summary

- Petitioner is Requesting Compassionate Release R's.
- Petitioner is Requesting Computation of Sentence Requested
- Petitioner is Requesting All First Step Act Credits. Under Section 404B
- Petitioner is Filing this under 42 USC 1983
     18 USC 241   18 USC 242
- Petitioner is Filing this under the Following Amendments: Amendment VIII
                                Amendment XIV
                                Amendment I
- Deliberate Indifference
- Failure to Protect
- Negligence
- Care Custody Control

Where Fore Petitioner is Requesting Immediate Release Due to Above Summary And Facts that ARE Not Disputed.

Respectfully Submitted

[signature]

72896-067
Joan Cicchiello
PO BOX 3000
Bruceton Mills, WV 26525
United States

RECEIVED
HARRISBURG, PA
OCT 26 2022
PER_____ DEPUTY CLERK

Clerk of Courts
Ronal Regan Fed Building
228 Walnut St
Hbg, Pa
17108-9995