IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT of Pennsylvania

Joan Cicchiello
Petitioner
vs
United States of America
Respondent

✱✱✱✱✱✱✱✱✱✱

1:15 CR 00223
1:21 CR 100-1

JUDGE CONNOR

FILED
HARRISBURG, PA
OCT 26 2022
PER ___SH___
DEPUTY CLERK

Motion For Counsel

And Now Comes Petitioner Joan Cicchiello Pro Se. Requesting Legal Counsel. For my Motion of Compassionate Release / Immediate Release.

Petitioner is Requesting Daniel Myshin For the following Reasons
1) THIS HONORABLE Court Trusts Him
2) Petitioner Trusts Him
3) Daniel Myshin was with Petitioner During Plea Hearing and Sentencing Hearing.
4) Daniel Myshin knows that 1:21CR100-1 was time Served - For BOP Consecutive with time to Serve in Prison
5) Daniel Myshin is thorough efficient and effective
6) Daniel Myshin knows/has medical records and knows my complex medical history
7) My Current Housing unit at SFF Reflex my Past history At Dauphin County Prison
8) Petitioner was told her eyesight will lead to Blindness if not Corrected Soon

For All the Above Reasons Myshin Please

Respectfully Submitted
[signature]

⇔72896-067⇔
Joan Cicchiello
PO BOX 3000
Bruceton Mills, WV 26525
United States

PITTSBURGH PA. 150
24 OCT 2022 PM 1 L

RECEIVED
HARRISBURG, PA
OCT 26 2022
PER_____
DEPUTY CLERK

Clerk of Courts
Ronald Regan Fed Building
228 Walnut St.
Hbg Pa

17108-998

17108-258699