Exhibits Requested — BP8 BP9
Home Confinement up
until 10/16/2022

ON Computation Sheet
It States Court ORDERED
Consecutive 87 months —

- ERROR in Computation
- NO Good time Credit
- No First Step Act 2018 Section 404 B
- No Reduction of Sentence.
- Petitioner Requests time SERVED Based on BOP Policy & Acts of Congress

Exhibits

| QTY | FEMININE (Unlimited) | |
|---|---|---|
| | MAXI PAD W/WINGS | $5.00 |
| | TAMPAX SUPER | $5.95 |
| | PANTILINERS | $2.40 |
| | DOUCHE (GOOD SENSE) | $1.65 |
| QTY | CARDS (5 TOTAL) SPECIFY PLEASE!!! | |
| | BIRTHDAY____ LOVE YOU____ | $0.35 |
| | THIKING OF YOU____ I MISS YOU____ | $0.35 |
| QTY | EARRINGS | |
| | HOOP EARRINGS {1} | $11.35 |
| | STERLING SILVER BALL {1} | $5.85 |
| QTY | SHAMPOO/CONDITIONER | |
| | SULFUR 8 SHAMPOO    {2} | $4.00 |
| | SULFUR 8 CONDITIONER {2} | $3.55 |
| | SUAVE MORROCAN OIL SHAMPOO   {1} | $4.90 |
| | SUAVE MORROCAN OIL CONDITIONER {1} | $4.90 |
| | HEAD & SHOULDERS SHAMPOO {2} | $9.75 |
| | DOVE SHAMPOO    {2} | $5.75 |
| | DOVE CONDITIONER {2} | $5.75 |
| | ~~illegible~~ | $4.95 |
| | GARNIER REPAIR RINSE {1} | $10.65 |
| | CANTU CREAM SHAMPOO    {2} | $7.40 |
| | CANTU CREAM CONDITIONER {2} | $7.40 |
| QTY | SHOES {1} = CIRCLE SIZE PLEASE!!! | |
| | SHOWER SHOES {1}  SM/MED/LRG | $1.40 |
| | 54" SHOE LACES - BLACK/WHITE {1} | $1.65 |
| | GEL INSOLE    {1} | $19.50 |
| QTY | SKIN CARE | |
| | PALMER'S COCOA BUTTER LOTION {1} | $6.20 |
| | JERGENS LOTION {1} | $5.70 |
| | ~~illegible~~ | $2.10 |
| | V.I.C. CALM HEALING LOTION    (1) | $8.15 |
| | ~~illegible~~ | $2.60 |
| | SHOWER TO SHOWER {1} | $4.30 |
| | PETROLEUM JELLY {1} | $1.55 |
| | PONDS COLD CREAM {1} | $6.00 |
| | ~~illegible~~ | $5.35 |
| | NOXEMA    (1) | $2.35 |
| | NIVEA    (1) | $7.00 |
| | CLEARASIL FACE WASH SENSITIVE {1} | $10.40 |
| | APRICOT FACE SCRUB {1} | $5.85 |
| | COCOA BUTTERSTICKS {1} | $2.10 |
| | ~~illegible~~ | $10.55 |
| | PONDS FACE MOISTURIZER  (1) | $8.15 |
| QTY | BODY SOAPS / DEODORANTS | |
| | IRISH SPRING ICY BLAST {6} | $3.45 |
| | DIAL ANTIBACTERIAL SOAP {6} | $1.85 |
| | ~~illegible~~ | $2.55 |
| | DOVE UNSCENTED SINGLES {6} | $2.30 |
| | HAND SANITIZER    {1} | $1.60 |
| | SUAVE BODY WASH    {3} | $3.25 |
| | DOVE BODY WASH    {3} | $13.30 |
| | ____/BLACK SOAP BAR {3} | $1.35 |
| | SOAP DISH    (3) | $0.85 |
| | LADIES SPEED STICK {1} | $2.30 |
| | SECRET DEODORANT {3} | $2.35 |
| | DEGREE AP DEODORANT {3} | $3.25 |
| | POWER UP DEODORANT {3} | $1.50 |
| QTY | DETERGENTS | |
| | AJAX DISH SOAP    {2} | $1.65 |
| QTY | DENTAL | |
| | TOOTHBRUSH HOLDER {1} | $0.50 |
| | CLOSE UP TOOTHPASTE {2} | $1.85 |
| | COLOGATE MEDIUM TOOTHBRUSH {1} | $0.85 |
| | COLGATE SOFT TOOTHBRUSH {1} | $0.85 |
| | ~~illegible~~ | $2.80 |
| | COLGATE    (1) | $3.25 |
| | COLGATE SENSITIVE    (1) | $7.90 |
| | COLGATE MOUTHWASH {1} | $5.20 |
| | ~~illegible~~ | $5.20 |
| | DENTURE CUPS (1) | $1.80 |
| | DENTAL FLOSS UNWAXED {2} | $1.35 |
| | DENTAL FLOSS PICKS (2) | $1.35 |
| | ~~illegible~~ | $4.25 |
| | CLOSE UP MOUTH WASH {1} | $1.90 |
| | SCOTT'S T.P.    (1) | $8.05 |

| QTY | TOILETRIES/SHAVE | |
|---|---|---|
| | NAIL CLIPPERS {1} | $0.90 |
| | SLANTED TWEEZERS {1} | $0.60 |
| | MOUSTACHE SCISSORS {1} | $6.70 |
| | PUMICE STONE {1} | $2.15 |
| | TOE NAIL CLIPPERS {1} | $1.15 |
| | EMERY BOARD {1} | $0.85 |
| | MAGNUM RAZOR    (1) | $7.65 |
| | MAGNUM CARTRIDGE    (1) | $7.65 |
| | Burts Bee's    (1) | $1.30 |
| | CHAPSTICK    (1) | $1.80 |
| | COTTON SWABS {1} | $1.10 |
| | TWIN BLADE RAZOR - LADY {1} | $2.05 |
| | COTTON BALLS {1} | $3.35 |
| | ACRYLIC MIRROR {1} | $2.60 |
| | BATH SPONGE {1} | $1.15 |
| | HANGERS TUBE {1} | $2.40 |
| | ~~illegible~~ | $0.95 |
| | LOCKER HOOKS {1} | $5.00 |
| | ~~illegible~~ | $7.80 |
| | CLEAR MAKE UP BAG {1} | $1.40 |
| | ~~illegible~~ | $10.95 |
| QTY | OVER THE COUNTER MEDS | |
| | ACID REDUCER    {2} | $4.95 |
| | ACNE TREATMENT    {2} | $1.60 |
| | ~~illegible~~ | $8.00 |
| | ANTACID    {2} | $4.00 |
| | ALLERGY RELIEF    {2} | $1.40 |
| | ANTIFUNGAL TOLNAFTONATE {2} | $1.70 |
| | ANTIFUNGAL CLOTRIMAZOLE {2} | $2.85 |
| | ~~illegible~~ | $2.20 |
| | ASPIRIN    {2} | $1.55 |
| | A & D OINTMENT    {2} | $6.30 |
| | CALCIUM TABLETS    {2} | $2.85 |
| | EAR DROPS- WAX REMOVER {2} | $2.60 |
| | FIBER TABLETS    {2} | $6.00 |
| | GAS RELIEF CHEW    {2} | $1.95 |
| | HALLS CHERRY STICK    {10} | $1.50 |
| | HEMORRHOIDAL CREAM    {2} | $4.50 |
| | 1% HYDROCORTISONE    {2} | $1.55 |
| | IBUPROFEN    {2} | $2.85 |
| | ORAL ANALGESIC GEL    {2} | $1.55 |
| | LORATADINE    {2} | $2.85 |
| | MEDICAL FOOT POWDER    {1} | $12.75 |
| | ~~illegible~~ | $6.50 |
| | MIDOL    {2} | $8.30 |
| | MILK OF MAGNESIA    {2} | $2.80 |
| | MUSCLE RUB    {2} | $2.50 |
| | 12 HR NASAL SPRAY    {2} | $1.80 |
| | NAPROXEN    {2} | $3.90 |
| | NASALCORT NASAL SPRAY    {2} | $13.65 |
| | OMEPRAZOLE (ACID REDUCER) {2} | $14.30 |
| | PAIN RELIEF (NON-ASPIRIN)    {2} | $2.35 |
| | STOOL SOFTENER    {2} | $2.85 |
| | TRIPLE ANTIBIOTIC OINTMENT {2} | $2.30 |
| | TUMS    {2} | $2.60 |
| | TUSSIN COUGH SYRUP    {2} | $2.25 |
| | VAPOR RUB    {2} | $2.10 |
| | ~~illegible~~ | $2.55 |
| | VITAMIN C-500    {2} | $3.40 |
| | VITAMIN E 50 CT    {2} | $5.30 |
| | ~~illegible~~ | $3.00 |
| | HOBBY CRAFT    (3) | |
| | COLORED PENCIL SET    (1) | $7.30 |
| | CARD STOCK NEON    (1) | $9.65 |
| | CARD STOCK DARK    (1) | $7.30 |
| | DRAWING PAD    (1) | $6.75 |
| | GLUE STICK    (1) | $1.45 |
| | PENS ~~illegible~~    (1) | $10.15 |
| | PENS GEL    (1) | $10.15 |
| | PENCIL SHARPNER    (1) | $3.40 |
| | ~~illegible~~ | $14.30 |
| | CROCHET HOOKS    (1) | $4.65 |
| | ~~illegible~~ | $8.35 |
| QTY | YARN CIRCLE COLOR (4)    $7.80 | |
| | GREEN / BLUE / ~~illegible~~ | |
| | ~~illegible~~ / PURPLE / ~~illegible~~ | |
| | ~~illegible~~ / RED | |
| | BLACK / ~~illegible~~ | |
| | MULTI COLOR | |

| QTY | RECREATION/MISC. | |
|---|---|---|
| | CARDS-PLAYING AVIATOR {1} | $1.90 |
| | CARDS-PINOCHLE    {2} | $1.95 |
| | MOUTH PIECE    (1) | $4.30 |
| | HALF GALLON JUG    (1) | $7.75 |
| | COMBINATION LOCK {1} | $9.10 |
| | CEREAL BOWL W/LID {1} | $0.65 |
| | CLEAR MUG {1} | $2.25 |
| | PLASTIC CUTLERY {1} | $1.45 |
| | 2.5 QT BOWL W/ LOCKABLE LID {1} | $8.20 |
| | 3 CUP BOWL {1} | $2.55 |
| | SQUEEZE BOTTLE {1} | $3.90 |
| | AIR FRESHENER {2} | $1.10 |
| | ~~illegible~~ | $4.25 |
| | SMALL PHOTO ALBUM {1} | $2.15 |
| | PHOTO ALBUM {1} | $11.00 |
| QTY | OFFICE SUPPLIES | |
| | CORRECTION TAPE {1} | $1.05 |
| | TYPING RIBBON {1} | $9.10 |
| | PRINT WHEEL CARTRIDGE {1} | $29.75 |
| | BIC PEN 2PACK {1} | $1.10 |
| | PENCILS YELLOW #2 {1} | $0.55 |
| | PENCIL SHARPENERS {1} | $0.55 |
| | STANDARD ENVELOPES    {1} | $1.60 |
| | ENVELOPES 9X12 W/CLASP {2} | $1.20 |
| | LOCKER ORGANIZER {1} | $11.65 |
| | PAPER LEGAL YELLOW PAD {1} | $1.45 |
| | PAPER - COPY-TYPING {1} | $2.50 |
| | PADDED MAILER MP3 {1} | $0.85 |
| | WIRELESS NOTEBOOK {1} | $1.95 |
| | PHOTO ALBUM REFILL {1} | $4.95 |
| | DOCUMENT FOLDER {1} | $2.40 |
| | ADDRESS BOOK    (1) | $1.75 |
| | CLOTHING | |
| QTY | PLEASE CIRCLE SIZES NEEDED FOR CLOTHING | |
| | HANES BRIEFS SIZE 5, 6, 7, 8 {1} | $6.95 |
| | HANES BRIEFS SIZES 9 {1} | $7.80 |
| | SHOWER BAG    (1) | $5.50 |
| | WAVE CAP {1} | $3.60 |
| | SHOWER CAP {1} | $1.30 |
| | CONDITIONING CAP {1} | $1.75 |
| | ~~illegible~~ | $2.95 |
| | ~~illegible~~ CAP {1} | $11.50 |
| | WOOL KNIT GLOVES {1} | $4.95 |
| | TOWEL {1} | $7.80 |
| | WASH CLOTH (BEIGE) {1} | $1.45 |
| | BATHROBE {1} | $45.50 |
| | T-SHIRTS -GRAY-SM/MED/LG/XL/2X/3X {1} | $6.25 |
| | T-SHIRTS - GRAY - 4X {1} | $6.25 |
| | T-SHIRTS - GRAY - 5X & 6X {1} | $10.40 |
| | L/S T-SHIRT SM/MD/LG/XL/2X/3X/4X {1} | $11.70 |
| | L/S T-SHIRT 5X & 6X {1} | $13.00 |
| | SHORTS-MESH ~~illegible~~/XL/~~illegible~~/3X {1} | $18.85 |
| | SHORTS-MESH 4X {1} | $22.10 |
| | SHORTS-MESH 5X & 6X {1} | $26.00 |
| | LOW CUT SOCKS {1} | $4.35 |
| | QUARTER SOCKS 3 PK {1} | $5.85 |
| | SWEATPANTS SM/2X/3X/4X {1} | $19.50 |
| | SWEATPANTS MD/LG/XL {1} | $19.50 |
| | ~~illegible~~ | $28.60 |
| | SWEATSHIRTS SM/M/L/XL/2X/3X/4X {1} | $16.90 |
| | SWEATSHIRTS 5X/6X {1} | $26.00 |
| | THERMAL BOTTOMS SM/MD/LG/XL/ {1} | $10.15 |
| | THERMAL BOTTOMS 2X/3X/4X {1} | $11.45 |
| | THERMAL BOTTOMS 5X/6X {1} | $11.70 |
| | THERMAL TOPS SM/MD/LG/XL {1} | $10.15 |
| | THERMAL TOPS 2X/3X/4X/ {1} | $11.45 |
| | THERMAL TOP 5X / 6X {1} | $12.75 |
| | NECK GAITER | $7.80 |
| | GRAY FULL ZIP FLEECE    S/MED/LRG/XL | $28.60 |
| | GRAY FULL ZIP FLEECE    2XL | $31.20 |
| | HANES SPORTS BRAS    S/MED/~~illegible~~XL/2XL | $19.45 |

WARDEN
UPDATED 08/17/2022

Exhibit 1



GTIN: 00305744024351
LOT: VFE
EXP: 06/2024
SN: 100021594100

NDC 0574-4024-35
Erythromycin Ophthalmic Ointment USP

Manufactured For
Perrigo®
Minneapolis, MN 55427
5W721 RC C3 Rev 09-17 B

See crimp of tube for Lot No. & Exp. Date

3 0574-4024-35 1

Rx Only

R0917
Inl 0813

NET WT

STERILE

USP HAZELTON PHARMACY (304) 379-5000
SKY VIEW DRIVE BRUCETON MILLS, WV 26525
483499-HAX Keener, Brandy OD 10/05/2022
CICCHIELLO, JOAN 72896-067
HAF-K12221L

Instill 1/4" strip into lower lid of both eyes at bedtime for 90 days

Erythromycin Ophth Oint 3.5 GM 5 mg/gm #3.5

Lot # 10/05/2023 Expires 10/05/2023 Refill Until:01/03/2023
10/05/2022 KMP Do Not Confiscate Before:01/03/2023
(2) Refills

CAUTION: Federal /State law prohibits transfer of this drug to any person other than patient for whom prescribed.

Perrigo®

Rx Only

ROOM 59°-86°F

MYP 27

GTIN 00305744024351

NDC 61314-637-05

prednisoLONE Acetate Ophthalmic Suspension, USP

1%

Rx Only

STERILE
5 mL

FOR TOPICAL OPHTHALMIC USE ONLY

USP HAZELTON PHARMACY (304) 379-5000
SKY VIEW DRIVE BRUCETON MILLS, WV 26525
483407-HAX Mims, Gregory MD/CD 10/04/2022
CICCHIELLO, JOAN 72896-067
HAF-K12221L

*SHAKE WELL* before each use - Place a drop into each eye four times daily for 7 days, Place a drop into each eye three times daily for 7 days, Place a drop into each eye twice daily for 7 days, Place a drop into each eye each day for 7 days

prednisoLONE Ace. Ophth Susp 1%, 5 ml

Lot # 10/05/2023 Expires 10/05/2023 #10
10/04/2022 AKS Refill Until:11/01/2022
(0) Refills Do Not Confiscate Before:01/02/2023

CAUTION: Federal /State law prohibits transfer of this drug to any person other than patient for whom prescribed.

KEEP OUT OF THE REACH OF CHILDREN.

SANDOZ A Novartis Division

SN: 10422450670429
LOT: 10RWC
EXP.: JUN 2024
GTIN: 00361314637055

Exhibit

Slinka Made me
Resubmit on 9/27/22

Exhibit #3

NUMBER: HAX-1330.18D
DATE: February 22, 2021
SUBJECT: Administrative Remedy Program
PAGE: 8

ATTACHMENT A

Federal Correctional Complex Hazelton
Request for Administrative Remedy
Informal Resolution Form – General Population

Notice to Inmates: Prior to receiving a Request for Administrative Remedy Form (BP-229), you MUST attempt Informal Resolution through your Counselor, or provide other documentary evidence of your attempt at informal resolution. Failing to attempt informal resolution may result with rejection of your request. ⁽³⁾ NO MEDS
* Cop outs Submitted for Shu And ⁽²⁾ Raw Sewage

**Part A**

| Inmate Name: Cicchiello, Joan | Reg. No.: 72896-067 | Unit: K, 221 |
|---|---|---|

1. Specific Complaint: Upon Arrival to SFF Hazleton I was placed in SHU, And treated as A Disciplinary Inmate. Then Transferred Finally to K, 22, Where Raw Sewage Leaks on Floor. I Am Illegally Placed in Secure Facility Judged order Cop

2. Relief Requested: Transfer to Camp And or Immediately Released Noree Nad Hx of Escape See Attached Risk Assessment Due to Cruel And Inhumane Treatment Punishment ≠ Crime

**Part B**

| Food Service | Unit Manager | UNICOR |
|---|---|---|
| Business Office | Psychology | Education |
| Trust Fund/Laundry | Religious Services | Recreation |
| Health Services | Correctional Svcs | Facilities |
| Safety | ISM/Mailroom/Records | Administration |

**Part C**

| | | |
|---|---|---|
| | Issue Resolved Relief granted | Comments: |
| | Issue Un-resolved No Relief granted | Comments: |
| | Unable to Address Issue Referred | Comments: |

| Inmate Signature: Cicchiello | Date: 9/15/22 |
|---|---|
| Staff Signature: | Date: |
| Unit Manager Signature: | Date: |

**Counselor Tracking**

| Tracking # | Event Date | + 20 Days | Form Issued | BP-9 Issued | BP-9 Returned |
|---|---|---|---|---|---|
| | | | | | |

– On 9/15/22 Inspection team Came today – Saw toilet Leaking Raw Sewage Stated they would Also place a Work order for repairs

– When I Arrived At SFF Hazleton I Came with 45 Days of medication ordered by my Cardiologist

– According to Risk Assessment BOP- List me as History of Escape

Copy Arrived 8/24/2022
Resubmitted 9/27/22

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 11, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      HAZELTON FCI

TO  : JOAN CICCHIELLO, 72896-067
      HAZELTON FCI    UNT: K    QTR: K12-221L
      P.O. BOX 460
      BRUCETON MILLS,  WV 26525


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID        : 1136718-F1     ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED    : OCTOBER 11, 2022
SUBJECT 1        : OTHER COMMUNITY PROGRAMS
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REMARKS          : YOU HAVE ALREADY FILED A BP9 REQUESTING HOME
                   CONFINEMENT. REFER TO ADMIN REMEDY #1136701-F1

Exhibit 4

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Cicchiello, Joan    72896-067    K 221    SFF Hazleton
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST**  On 8/24/2022 I Arrived to Hazleton Campus from Oklahoma Holding Center. When I arrived at SFF Hazleton I was immediately placed in their Segregated Housing Unit (SHU) My BP8 states "Placed in SHU Due to Limited GP Bed Space" During our Reception we were given Policy & Procedure Specifically for SHU. They Refused to give us "Copouts" Medical Refused to give us medications one medical staff told Cell 102 - I Don't Like your face So No meds for you! We were "Shookdown" Randomly - were not allowed Commissary. We were treated as if we were less than "Whale Crap" See exhibits. Requesting Home Confinement

10/5/2022
DATE

[signature JC]
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

[RECEIVED stamp 10/11/22]

_____    _____
DATE             WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE    CASE NUMBER: 1136718-F1

CASE NUMBER: _____

**Part C- RECEIPT**
Return to: _____    _____    _____    _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE             RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN    BP-229(13) APRIL 1982

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Cicchiello, Jan / 72896-067 / K, 221 / SFF Hazleton
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A – INMATE REQUEST**

On 8/24/2022 I Arrived to Hazleton Campus from Oklahoma Holding Center. When I Arrived at SFF Hazleton I was Immediately Placed in their Segregated Housing Unit (SHU) my BP8 States "Placed in SHU due to Limited GP Bed Space." During our Reception we were given Policy + Procedure Specifically for SHU. They Refused to give us "Copouts" — Medical Refused to give us medications. One Medical Staff told Cell 102 – "I Don't Like your face so No meds for you." We were "Shookdown" Randomly – were not allowed Commissary. We were treated as if we were less than "Whale Crap" – See exhibits.

Requesting Home Confinement

10/5/2022
DATE — SIGNATURE OF REQUESTER

**Part B – RESPONSE**

10/11/22

DATE — WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

SECOND COPY: RETURN TO INMATE     CASE NUMBER: 1136718-F1

CASE NUMBER: _____

**Part C – RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT: _____

DATE — RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

BP-229(13)
APRIL 1982

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Cicchiello, Joan | 72896-067 | X-221 | SFF Hazleton
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A– INMATE REQUEST**

ON 8/24/2022 I Arrived to Hazleton Campus from Oklahoma Holding Center. When I Arrived at SFF Hazleton I was Immediately Placed in their Segregated Housing Unit (SHU) my BP8 States "Placed in SHU Due to Limited GP Bed Space" During our Reception we were Given Policy + Procedure Specifically for SHU. They refused to give us copouts, medical refused to give us medications, one medical staff told Cell 102 - "I Don't Like Your face so no meds for you" We were "Shakedown" Randomly - were not allowed Commissary. We were treated as if we were less than "Whale Crap". See exhibits.

Requesting Home Confinement

10/5/2022
DATE | SIGNATURE OF REQUESTER

**Part B– RESPONSE**

10/11/22

DATE | WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**THIRD COPY: RETURN TO INMATE**

CASE NUMBER: 1136715-F1

CASE NUMBER: _____

**Part C– RECEIPT**
Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN | PRINTED ON RECYCLED PAPER | BP-229(13) APRIL 1982

```
NUMBER:  HAX-1330.18
DATE:    February 3, 2014
SUBJECT: Administrative Remedy
         Program
PAGE:    9
```

ATTACHMENT A

### Federal Correctional Complex Hazelton
### Requst for Administrative Remedy
### Informal Resolution Form - General Population

Notice to Inmates: Prior to receiving a Request for Administrative Remedy Form (BP-229), you MUST attempt Informal Resolution through your Counselor, or provide other documentary evidence of your attempt at informal resolution. Failing to attempt informal resolution may result with rejection of your request.

**Part A**

Inmate Name: Crachiello, Joan
Reg. No.: 72896047
Unit: K, 221

1. Specific Complaint: Placed in SHU upon arrival to FCI Hazelton

2. Relief Requested: Place on Home Confinement

**Part B**

| | | |
|---|---|---|
| Food Service | Unit Manager X | UNICOR |
| Business Office | Psychology | Education |
| Trust Fund/Laundry | Religious Services | Recreation |
| Health Services | Correctional Svcs | Facilities |
| Safety | ISM/Mailroom/Records | Administration |

**Part C**

| | | |
|---|---|---|
| | Issue Resolved Relief granted | Comments: |
| ✓ | Issue Un-resolved No Relief granted | Comments: Placed in SHU due to limited GP bed space |
| | Unable to Address Issue Referred | Comments: |

Inmate Signature: [signature]  Date: 9/29/22
Staff Signature: [signature]  Date: 9/29/22
Unit Manager Signature: [signature]  Date: 9/29/22

**Counselor Tracking**

| Tracking # | Event Date | + 20 Days | Form Issued | BP-9 Issued | BP-9 Returned |
|---|---|---|---|---|---|
| 146 | | | 9-29-22 | 10-3-22 | |

# SFF SPECIAL HOUSING UNIT
# RULES AND REGULATIONS

The following list of rules and regulations pertain to all inmates who are admitted to Special Housing Unit. All inmates shall follow all rules and regulations while housed in the Special Housing Unit. Inmates who fail to abide by the rules and regulations will be subjected to disciplinary action.

1. **VISUAL SEARCH/METAL DETECTOR:** All inmates will be visually searched, searched via metal detector, and subject to Urinalysis and Alco-Sensor testing upon entering the Special Housing Unit.

2. **UNIT/CELL SANITATION:** All cells will be maintained at the highest level of sanitation at all times. All beds will be made daily and clothes lines are not permitted. When not in use, towels and wash cloths will be hung by one notch per item at the end of the bed frame. At no time will cell windows be covered. At no time will sheets, blankets, towels, or clothing be used in a manner that obstructs staff view of the cell.

   Cells will be searched weekly. Each inmate will sign a cell conditions form upon entering the Special Housing Unit. Inmates are to remain quiet with no yelling or kicking/hitting cell doors. All cells must pass inspection prior to any inmates attending SHU recreation or released from SHU. Mattresses are assigned to each cell and will remain in that cell during cell rotations. Destruction of the mattress will result in disciplinary action.

   Graffiti, pictures, calendars, and other items may not be secured or fastened to the walls, bunk, shower stalls or any other fixture in the cell. Any items not used for their intended purpose will be confiscated i.e. towels/bed sheets used to block door thresholds, toilet paper used to block air vents/ceiling lights. **NOTE: Staff will inspect cells during rounds and order inmates to comply with sanitation standards. Failure to comply will result in disciplinary action.**

   *ALL CELLS ARE EQUIPPED WITH AN EMERGENCY DURESS BUTTON. THESE DURESS BUTTONS ARE TO BE UTILIZED FOR MEDICAL EMERGENCIES ONLY. VIOLATION OF THIS POLICY WILL RESULT IN A 200 SERIES INCIDENT REPORT.*

3. **CELL ROTATION:** *All inmates will be rotated within 21 days to a different cell.* Each cell will be inspected for sanitation/damage.

5. **LINEN AND SUPPLY ISSUE:**

   Linen and Supplies will be issued in accordance to the weekly schedule.
   *Blanket exchange will be conducted on the 1st Sunday of each Month.*

6. **HYGIENE ITEMS:** Will be provided once per week, soap, writing materials, toilet paper, pencils and female personal hygiene items.***All items will be stored neatly underneath the lower bunk***

7. **HAIRCUTS:** Requests for a haircut are submitted with a copout. Haircuts will be conducted on Saturday and Sunday 8:00am-8:00 p.m.. Nail clippers will be issued by request (cop out) during haircuts only.

8. **RAZOR RESTRICTION:** Inmates will be placed on razor restriction for the following reasons:
   1. Damaging / Breaking the razor
   2. Psychology
   3. If found to have razors during a shakedown, Incident Reports will be written.

9. *FOOD:* Food trays will be returned after every meal. *No food items are permitted to be retained in cells. Food not consumed during the authorized meal periods must be disposed of properly at the time food trays are collected daily.*

10. **COMMISSARY:** Inmates housed in the Special Housing Unit will be allowed to purchase authorized commissary items from the commissary list Bi-weekly. Order forms will be passed out Sunday, collected on Monday, and commissary purchases delivered on Thursday.

11. **TELEPHONE PRIVILEGES:** All inmates housed in the Special Housing Unit will be allowed one (1) fifteen minute ITS social phone call within the first 30 days after admission and one (1) fifteen minute ITS social phone call every 30 days thereafter by submitting Cop Out to SHU Staff. Inmates will submit a Cop Out to request a Legal phone call to the inmate's Unit Team.
   *All telephones are subject to monitoring. Your use of the telephone constitutes consent to this monitoring.*

## Cell Sanitation Guideline



## Expectations

All personal property will be stored neatly underneath the bottom bunk.
Towels and washcloths will be hung on one notch per item at the end of the bunk.
No items will block the interior or exterior window.
No items will block the view of the lower bunk.
No clotheslines.
No items covering lights.
No items or graffiti on walls.
No food kept in cells.
No trash kept in cells.
All inmates laying on a bunk are required to sit up, and acknowledge staff during rounds within non-sleeping hours.

## ITEMS AUTHORIZED FOR INMATES IN THE SPECIAL HOUSING UNIT:

1. Bible, Koran, or equivalent (1) total religious soft back books)
2. Postage Stamps (Not to exceed 20)
3. Prescription Glasses (NO Sunglasses)
4. Commissary (from approved commissary list only)
5. Wedding Band (Plain no stones)
6. (1) Book off of Book Cart (Soft back only)
7. Address Book Soft Cover (1)
8. (1) Religious Medallion-nonmetallic with chain, Rosary or other Prayer, (1) Authorized religious headgear

*ITEMS WITH METAL OR GLASS WILL NOT BE PERMITTED IN THE SPECIAL HOUSING UNIT FOR INMATE POSSESSION.*

*ONCE YOUR PERSONAL PROPERTY HAS BEEN ISSUED, ANY REQUEST FOR AUTHORIZED ITEMS WILL BE CONSIDERED EVERY 30 DAYS.*

Approved by: __S. Kuhn__
　　　　　　　SHU Lieutenant


Approved by: __J. Squires__
　　　　　　　Deputy Captain

12. **LAW LIBRARY:** Inmates will be allowed use of the law library upon request by submitting a Cop Out. Additional legal materials will be furnished by the Education Department upon submission of a Cop Out. *Legal materials may be retained when authorized by Unit Management, and is restricted to the current active court case only, with proof of eminent deadline.*

13. **READING MATERIALS:** Inmates in the Special Housing Units may possess one institutional book from the book cart, and or one institutional religious book in their cell. Books will be issued once a week and exchanged on a one-for-one basis. Destruction of books will result in disciplinary action.

14. **MAIL:** Mailed correspondence for all inmates will be delivered, Monday through Friday, by the E/W SHU staff. Newspapers, magazines, catalogs, etc., will not be allowed in the Special Housing Unit. These items will be placed into the inmate's personal property. Only mailed correspondence will be allowed for Administrative Detention and Disciplinary Segregation inmates. All other inmate personal property will be maintained in storage until the inmate is released from the Special Housing Unit. Written notification will be provided indicating the total quantity of each type of publication retained in personal property storage. The issuance of legal mail, special mail, and personal correspondence will be delivered in accordance with established guidelines. NOTE: No more than Five (5) pieces of personal correspondence will be allowed in possession at time. Legal/Special correspondence will be retained in the inmate's property and given to the inmate upon request property officer while the inmate is in law library only.

15. **RECREATION:** Cells must be cleaned and beds made prior to being escorted to recreation. All inmates will be given the opportunity for recreation at a minimum of five (5) hours per week. Inmates must be in complete institutional issued clothing and properly worn. Inmates marked as refused will **NOT** be given an opportunity to reconsider. Inmates electing to take recreation will be notified five minutes prior to the escort. Inmates will be pat searched and scanned with a metal detector before entering the recreation area. Recreation order will be changed by range weekly. *NOTE: Any obstruction, alteration, or damage to the recreation areas will not be tolerated and disciplinary action will be enforced. When leaving your cell, possession of personal property of any kind is not allowed in the recreation area, NO Towels, Sheets, or Blankets will be allowed in recreation.*

16. **VISITING:** Inmates housed in the Special Housing Unit will be allowed social visiting privileges on SUNDAY from 8:00 a.m. to 2:00 p.m. for a period of 1 hour. Inmates will be notified of the visit. Should the inmate refuse his or her visit, their refusal will be documented and his or her visitor will be notified. If the inmate accepts the visit, the inmate visitors will be processed in accordance with established guidelines and escorted to the visiting room. All visits will be conducted in the non-contact visitation rooms.

17. **MEDICAL TREATMENT:** All inmates will have the opportunity to see a medical staff member daily. Inmates with special medical needs or requirements such as emergencies will be seen whenever the need arises.

18. **PERSONAL PROPERTY:** Inmates placed in the Special Housing Unit will be given the opportunity to review their personal property after it has been inventoried and delivered to the Special Housing Unit. Inmates in Special Housing will be permitted to maintain certain religious items, eyeglasses/contacts, and dentures. All other personal property will be maintained in your property. Basic hygiene items will be issued to include toothbrush, toothpaste, soap, and shampoo (clear products only), along with SHU clothing and bedding. At no time will an inmate be allowed to possess more than one book of postage stamps or a total of 20 stamps.

19. **LIGHTS:** Range and Cell lights in the Special Housing Unit will be turned on at 6:00 AM daily. Lights will be turned off after the conclusion of the 9:00PM standing count.

TRULINCS 72896067 - CICCHIELLO, JOAN - Unit: HAF-K-A

---

FROM: 72896067
TO: SFF Health Services
SUBJECT: ***Request to Staff*** CICCHIELLO, JOAN, Reg# 72896067, HAF-K-A
DATE: 09/21/2022 01:27:50 PM

To: NP
Inmate Work Assignment: N/A

I have received refills on my ASA and Remeron. I still have not received my hypertensive medication, Iron, MVT or Colace. Please review my chart and order

Thank You in advance.

Joan Cicchiello