REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 11, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      HAZELTON FCI

TO  : JOAN CICCHIELLO, 72896-067
      HAZELTON FCI    UNT: K    QTR: K12-221L
      P.O. BOX 460
      BRUCETON MILLS,   WV 26525

**FILED**
**HARRISBURG, PA**
OCT 2 6 2022
PER_____
      **DEPUTY CLERK**

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 1136708-F1    ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED  : OCTOBER 11, 2022
SUBJECT 1      : OTHER COMMUNITY PROGRAMS
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REMARKS        : YOU HAVE ALREADY FILED A BP9 REQUESTING HOME
                 CONFINEMENT. REFER TO ADMIN REMEDY #1136701-F1.

Exhibit 5

U.S. DEPARTMENT OF JUSTICE                                    **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

---

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Cachillo Joan      72896067    K, 221    SFF Hazleton
       LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.     UNIT      INSTITUTION

**Part A– INMATE REQUEST** Inmate Williams, Myteka    has been in Cell 221
for 10 months - She has had At Least 9 other Inmates As Room mates
All 9 have asked to move. Due to her Aggressive Behaviors. 221 is
A top tier Room I have a bottom Bunk ORDER Steps are good for me
& there is an indoor Walk bage for walking Unfortunately K, 221
toilet is Cracked. Per Inmate williams It has been Broken Since
her arrival to Said Cell. She- Williams Claims She has placed Copouts
Met with Plumbing Inmates All to be told her toilet is Cracked =
Raw Sewage Leaking from toilet to outside Cell Door I met with the
Plumbing Inmates. On 10/3/2022 -the toilet is Cracked And they Left See attached
Resolution Home Confinement

10/5/2022
   DATE                            SIGNATURE OF REQUESTER

**Part B– RESPONSE**



---

     DATE                                 WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                       CASE NUMBER: 1136708-F1

                                        CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
       LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

     DATE                                 RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN           PRINTED ON RECYCLED PAPER                                 BP–229(13)
                                                            APRIL 1982

RECEIVED
10/11/22

U.S. DEPARTMENT OF JUSTICE                    **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Pechello Ira                    72896067      K, 221     SFF Hazleton
      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.      UNIT      INSTITUTION

**Part A– INMATE REQUEST** Inmate Williams, MykeKA        has been in Cell 221
for 10 months - She has had At Least 9 other Inmates As Room mates
All 9 have asked to more. Due to her Aggressive behaviors 221 is
A top tier Room I have a bottom Bunk order DBK. Steps are good for me
G there is an indoor walk lage for walking Unfortunately K.221
toilet is Cracked. Per Inmate williams it has been Broken Since
her arrival to Said Cell. She Williams Claims She has plated reports
met with Plumbing, Inmates will the be told her toilet is Cracked =
Raid Sewage Leaking from toilet to outside Cell Door. I met with the
Plumbing Inmates on 10/3/2022 - the toilet is Cracked McColley Left. See attached
Resolution Home Confinement
        10/5/2022                                            _____
             DATE                                            SIGNATURE OF REQUESTER

**Part B– RESPONSE**

10/11/22

_____                              _____
      DATE                                        WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**SECOND COPY: RETURN TO INMATE**                 CASE NUMBER: 1136708-F1
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                                  CASE NUMBER: _____

**Part C– RECEIPT**
Return to: _____  _____  _____  _____
           LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____                              _____
      DATE                                     RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN          PRINTED ON RECYCLED PAPER                          BP-229(13)
                                                                   APRIL 1982

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _Costabello_ _____ _L8316c6m_ _K_ _d2J_ _Hazleton_
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A– INMATE REQUEST** _Inmate Williams, Mykeria_ _has been in cell 221_
_____
_Mile I have asked to move. Due to her aggressive behavior 221 was_
_in top tier Room I have a bottom bunk order legs are fractured_
_G-tier is one index walk left for walking Unfortunately K,221_
_toilet is cracked. Per Inmate williams it has been broken since_
_her arrival to said cell. She williams claims she has submitted requests_
_fix toilet with plumbing, I'm asking that the be told her toilet is cracked-_
_her sewage leaking from toilet to outside cell door. I met with the_
_plumbing inmates on 10/13/22 the toilet is cracked and by day left seatlinked_
_Resolution Home Confinement._

_10/15/2022_
DATE                                          SIGNATURE OF REQUESTER

**Part B– RESPONSE**

10/11/22

_____
DATE                                          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**THIRD COPY: RETURN TO INMATE**                CASE NUMBER: _113705-F1_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CASE NUMBER: _____

**Part C– RECEIPT**
Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

_____
DATE                                          RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                          BP-229(13)
                                                                 APRIL 1982

```
NUMBER:   HAX-1330.18
DATE:     February 3, 2014
SUBJECT:  Administrative Remedy
          Program
PAGE:     9
```

ATTACHMENT A

Federal Correctional Complex Hazelton
Requst for Administrative Remedy
Informal Resolution Form - General Population

Notice to Inmates: Prior to receiving a Request for Administrative Remedy Form (BP-229), you
MUST attempt Informal Resolution through your Counselor, or provide other documentary
evidence of your attempt at informal resolution. Failing to attempt informal resolution may
result with rejection of your request.

| Part A | | |
|---|---|---|
| Inmate Name: Occhivelli Tran | Reg. No.: 72896067 | Unit: Z, 221 |

1. Specific Complaint: Placed in cell 221 will RawSewage / Aggressive Inmate

2. Relief Requested: Place Inu Home Confinement

| Part B | | |
|---|---|---|
| Food Service | Unit Manager X | UNICOR |
| Business Office | Psychology | Education |
| Trust Fund/Laundry | Religious Services | Recreation |
| Health Services | Correctional Svcs | Facilities |
| Safety | ISM/Mailroom/Records | Administration |

| Part C | | |
|---|---|---|
| | Issue Resolved Relief granted | Comments: Work order submitted. You are appropriately housed |
| ✓ | Issue Un-resolved No Relief granted | Comments: |
| | Unable to Address Issue Referred | Comments: |

| Inmate Signature: | Date: 9/29/22 |
|---|---|
| Staff Signature: | Date: 10/3/22 |
| Unit Manager Signature: | Date: 10-3/22 |

| Counselor Tracking | | | | | |
|---|---|---|---|---|---|
| Tracking # | Event Date | + 20 Days | Form Issued | BP-9 Issued | BP-9 Returned |
| 147 | | | 9-29-22 | 10-3-22 | |

TRULINCS 72896067 - CICCHIELLO, JOAN - Unit: HAF-K-A

----------------------------------------------------------------------------------------------------

FROM: SFF Unit K
TO: 72896067
SUBJECT: RE:***Inmate to Staff Message***
DATE: 09/26/2022 01:32:02 PM

A work order was submitted

_____
From: ~^! CICCHIELLO, ~^!JOAN <72896067@inmatemessage.com>
Sent: Friday, September 23, 2022 3:12 PM
To: HAF-InmateToSFFUnitK (BOP) >
Subject: ***Request to Staff*** CICCHIELLO, JOAN, Reg# 72896067, HAF-K-A

To: Slinka
Inmate Work Assignment: N/A

Follow Up
On 9/11/22 I sent a cop out re:  raw sewage leaking into cell 221 --that cop out was hand carried to you by me.
During the week of 9/18/22 the team that came to do inspection visited cell 221 and stated that they would make a work request for repairs.

I thought I would keep you abreast of the situation

Respectfully Submitted

Joan Cicchiello

5 72896067 - CICCHIELLO, JOAN - Unit: HAF-K-A

----------------------------------------------------------------

FROM: SFF Unit K
TO: 72896067
SUBJECT: RE:***Inmate to Staff Message***
DATE: 09/26/2022 01:32:02 PM

A work order was submitted

_____

From: ~^I CICCHIELLO, –^!JOAN <72896067@inmatemessage.com>
Sent: Friday, September 23, 2022 3:12 PM
To: HAF-InmateToSFFUnitK (BOP) >
Subject: ***Request to Staff*** CICCHIELLO, JOAN, Reg# 72896067, HAF-K-A

To: Slinka
Inmate Work Assignment: N/A

Follow Up
On 9/11/22 I sent a cop out re: raw sewage leaking into cell 221 --that cop out was hand carried to you by me.
During the week of 9/18/22 the team that came to do inspection visited cell 221 and stated that they would make a work request for repairs.

I thought I would keep you abreast of the situation

Respectfully Submitted

Joan Cicchiello

TRULINCS 72896067 - CICCHIELLO, JOAN - Unit: HAF-K-A

----------------------------------------------------------------

FROM: 72896067
TO: SFF Unit K
SUBJECT: ***Request to Staff*** CICCHIELLO, JOAN, Reg# 72896067, HAF-K-A
DATE: 09/29/2022 01:34:02 PM

To: Slinka
Inmate Work Assignment: N/A

Just a note that My PB 8's   all 5 of them were placed with you today.

I am begining the Administrative Remedy situation using the policy and procedure outlined by the inmate hand book.
After that I will address my Judge in my district

Thank You for your time and inconvenience.

72896067 - CICCHIELLO, JOAN - Unit: HAF-K-A

-------------------------------------------------------------------------

FROM: 72896067
TO: SFF Unit K
SUBJECT: ***Request to Staff*** CICCHIELLO, JOAN, Reg# 72896067, HAF-K-A
DATE: 10/03/2022 01:33:13 PM

To: Slinka
Inmate Work Assignment: N/A

Update on the toilet

Two females that work in plumbing = They
They came to fix the toilet today.  They realized that the entire toilet is cracked clear through the base of the toilet.
They stated that they have a new toilet in the warehouse.  They plan to repair it as soon as possible.



**Individualized Needs Plan - Program Review   (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: CICCHIELLO, JOAN  72896-067

SEQUENCE: 02111758
Team Date: 09-24-2022

| | | | | |
|---|---|---|---|---|
| Facility: | HAF  HAZELTON FCI | | Proj. Rel. Date: | 07-11-2024 |
| Name: | CICCHIELLO, JOAN | | Proj. Rel. Mthd: | GOOD CONDUCT TIME |
| Register No.: | **72896-067** | | DNA Status: | DAN06426 / 07-03-2018 |
| Age: | 71 | | | |
| Date of Birth: | 10-28-1950 | | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| *NO DETAINER* | |

### Pending Charges

'17 PERJURY, TAMPER W/ PUBLIC RECORDS, THEFT. WARRANT ISSUED 11/2017. SUNBURY, PA. MJ-08304-CR-389-2017.

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| HAF | W A&O | SFF A&O | 08-24-2022 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| HAF | ESL HAS | ENGLISH PROFICIENT | 06-08-2018 |
| HAF | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-08-2018 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| DAN SCP | C | LEGAL WRITING - FPC | 01-29-2020 | 03-18-2020 |
| DAN SCP | C | PERSPECTIVE ART - FPC | 01-28-2020 | 03-17-2020 |
| DAN SCP | C | PROFESSIONAL TYPING CLASS | 09-20-2019 | 01-21-2020 |
| DAN SCP | C | CROCHET | 10-23-2019 | 12-11-2019 |
| DAN SCP | C | ACE- BOOK CLUB THE GIVER | 09-24-2019 | 11-15-2019 |
| DAN SCP | C | INTRODUCTION TO ART | 09-24-2019 | 11-15-2019 |
| DAN SCP | C | THE OUTSIDERS BOOK CLUB | 08-15-2019 | 09-12-2019 |
| DAN SCP | C | LEGAL SECRETARY APPRENTICE | 07-12-2018 | 06-08-2019 |
| DAN SCP | C | JOB FAIR INFORMATION | 06-13-2019 | 06-13-2019 |
| DAN SCP | C | WOMEN REST BASED FITNESS FPC | 04-15-2019 | 05-24-2019 |
| DAN SCP | C | WILL, TRUST, & ESTATE - FPC | 04-10-2019 | 06-06-2019 |
| DAN SCP | C | SMALL BUSINESS I | 04-15-2019 | 06-06-2019 |
| DAN SCP | C | INTRO TO REAL ESTATE | 04-15-2019 | 06-06-2019 |
| DAN SCP | C | FPC- CREATIVE WRITING | 04-15-2019 | 06-05-2019 |
| DAN SCP | C | MOCK TRIAL | 12-20-2018 | 02-08-2019 |
| DAN SCP | C | INTERMEDIATE SPANISH | 12-19-2018 | 02-05-2019 |
| DAN SCP | C | HOW TO IMPROVE YOUR CREDIT ENG | 12-18-2018 | 02-05-2019 |
| DAN SCP | C | NUTRITION CLASS AT CAMP | 01-14-2019 | 03-04-2019 |
| DAN SCP | C | WOMEN'S RELATIONSHIPS-FPC | 12-10-2018 | 01-29-2019 |
| DAN SCP | C | JOB FAIR INFORMATION | 12-06-2018 | 12-06-2018 |
| DAN SCP | C | INTRO TO SPANISH | 09-10-2018 | 11-09-2018 |
| DAN SCP | C | INTRO TO LEGAL STUDIES | 09-10-2018 | 11-26-2018 |
| DAN SCP | C | CAREER DEVELOPMENT SKILLS | 09-10-2018 | 11-05-2018 |
| DAN SCP | C | PLASTIC CANVAS CLASS AT CAMP | 07-20-2018 | 09-07-2018 |
| DAN SCP | C | KNITTING AT CAMP | 07-17-2018 | 09-04-2018 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| *** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS *** | |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 06-11-2018 |
| CARE2 | STABLE, CHRONIC CARE | 06-06-2018 |



Exhibit 6



## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: CICCHIELLO, JOAN  72896-067

SEQUENCE: 02111758
Team Date: 09-24-2022

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| COLD/WIND | NO EXCESS COLD/WIND | 06-12-2018 |
| C19-QUAR | COVID-19 QUARANTINED | 04-16-2020 |
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 06-09-2020 |
| LIMIT SUN | NO EXCESS SUN | 06-12-2018 |
| LOWER BUNK | LOWER BUNK REQUIRED | 09-06-2022 |
| NO PAPER | NO PAPER MEDICAL RECORD | 06-06-2018 |
| REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 06-12-2018 |
| SOFT SHOES | SOFT SHOES ONLY | 06-12-2018 |
| WGT 15 LB | WEIGHT-NO LIFTING OVER 15 LBS | 06-12-2018 |
| YES F/S | CLEARED FOR FOOD SERVICE | 06-12-2018 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| NO ASSIGNMENTS | | |

### FRP Payment Plan

Most Recent Payment Plan

| FRP Assignment: | **PART** | **FINANC RESP-PARTICIPATES** | Start: 02-05-2020 |
|---|---|---|---|
| Inmate Decision: | **AGREED** | **$25.00** | Frequency: **QUARTERLY** |
| Payments past 6 months: | **$0.00** | | Obligation Balance: **$300,822.17** |

#### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 4 | ASSMT | $100.00 | $100.00 | IMMEDIATE | AGREED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | REST NV | $151,122.17 | $150,722.17 | IMMEDIATE | AGREED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 3 | FINE | $150,000.00 | $150,000.00 | IMMEDIATE | AGREED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |

### FRP Deposits

Trust Fund Deposits - Past 6 months:   $ N/A          Payments commensurate ?   N/A

New Payment Plan:   ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| N-ANGER R | NEED - ANGER/HOSTILITY REFUSE | 08-27-2022 |
| N-ANTISO R | NEED - ANTISOCIAL PEERS REFUSE | 08-27-2022 |
| N-COGNTV R | NEED - COGNITIONS REFUSE | 08-27-2022 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 08-29-2022 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 09-21-2022 |
| N-FM/PAR R | NEED - FAMILY/PARENTING REFUSE | 08-27-2022 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 08-27-2022 |
| N-MEDICL Y | NEED - MEDICAL YES | 09-06-2022 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 09-06-2022 |
| N-WORK N | NEED - WORK NO | 08-29-2022 |
| R-MIN | MINIMUM RISK RECIDIVISM LEVEL | 09-21-2022 |
| UNREVW HIS | UNREVIEWED OFFENSES | 05-04-2021 |

### Progress since last review

Cicchiello was advised at initial classification and program reviews to maintain clear conduct, have positive staff & peer interaction, participate in educational/vocational recommendations & requirements, meet Financial Responsibility Program (FRP) requirements & responsibilities, participate in programming recommendations and requirements.  She was encouraged to obtain a work assignment/institution employment.  To maintain positive friend & family communication, participate in Release Preparation Program



**Individualized Needs Plan - Program Review    (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: CICCHIELLO, JOAN  72896-067

SEQUENCE: 02111758
Team Date: 09-24-2022

(RPP), use Institutional & Reentry resources to prepare for release into the community (obtain release residence, employment info./employment folder, and identify treatment needs).

## Next Program Review Goals

RECOMMENDATION for next program review: Participate in College Correspondence through Education, although she has a Masters Degree. Continue SELF DEVELOP BY programming and obtaining/maintaining INSTITUTIONAL EMPLOYMENT. Encouraged to find employment in Education as a tutor.

## Long Term Goals

Participate/complete following: Release Preparation Program (RPP). -Place funds in pre-release account & present financial plan. Obtain birth certificate, SOCIAL SECURITY CARD (IF NEEDED) & a photo identification. ENROLL AND COMPLETE ONE OF THE Following Programs: Money Smart, Criminal Thinking, Foundations, Assert Yourself. Drug Education (Required), Non-RES Drug Abuse Program, RDAP/FIT. -EDC: 2 ACE and/or VT Program. ACCOMPLISH RECOMMENDATION FROM J&C AND RESOLVE PENDING CHARGES.

## RRC/HC Placement

Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

ENTERED 2/3s DATE PER FSA, ELDERLY PROVISION

## Comments

Ensure all contact list information is current & correct (inaccurate information could delay release plan & programs). Initial Custody Classification (points) is conducted 7 months from arrival then annually. Begin Release Preparation Program (no later than 30 months from PRD). Use Institutional & Re-entry resources to provide strong valid release address no later than 24 months from PRD. RRC/HC Eligibility review 19 to 17 months from PRD (5 Factor Review/2nd Chance Act). Present employment folder at all program reviews (to include but not limited to: resume (TYPED), certificates, awards, education data report, release job information/status) & financial plan. 13 months from PRD, Unit RPP is conducted to finalize release & treatment plans for submission of RRC/HC referral or Notice of Release.
Routine Reassessment conducted, no PREA concerns met or noted.


Finance/Poverty Need Screen Is there documentation in the PSR of any of the following? X Any history of Bankruptcy
No bank account
No assets nor liabilities noted in PSR
X Debts noted in Credit Report or other sources

Tax Liabilities/back taxes
Unpaid alimony/child support
other indications of lack of financial management skills (specify)SEE PSI, FINANCIAL CONDITION SECTION YES __x___ NO _____ (if any of the above, check yes) If the answer is yes, the inmate has a financial/poverty skills need.

## FSA Recidivism Risk Assessment (PATTERN 01.03.00)

Register Number:72896-067, Last Name:CICCHIELLO

**U.S. DEPARTMENT OF JUSTICE**                **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number: 72896-067 | Risk Level Inmate....: R-MIN |
| Inmate Name | General Level......: R-MIN (-15) |
| Last.........: CICCHIELLO | Violent Level......: R-MIN (-7) |
| First........: JOAN | Security Level Inmate: MINIMUM |
| Middle.......: | Security Level Facl..: LOW |
| Suffix.......: | Responsible Facility.: HAF |
| Gender.........: FEMALE | Start Incarceration..: 05/09/2018 |

**PATTERN Worksheet Summary**

| Item | - Value | - General Score | - Violent Score |
|---|---|---|---|
| Current Age | 71 | 0 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 0 | 0 | 0 |
| History of Escapes | 3 | 9 | 3 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -6 | -2 |
| Drug Program Status | NoNeed | -9 | -3 |
| All Incident Reports (120 Months) | 1 | 1 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | 28 | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 16 | -8 | -4 |
| Work Programs | 1 | -2 | -1 |
| Total | | -15 | -7 |

```
HAF69  540*23 *              SENTENCE MONITORING           *       10-16-2022
PAGE 001        *            COMPUTATION DATA              *       13:51:15
                             AS OF 10-16-2022
```

REGNO..: 72896-067 NAME: CICCHIELLO, JOAN


```
FBI NO...........: 362210VC4          DATE OF BIRTH: 10-28-1950  AGE:  71
ARS1.............: HAF/A-DES
UNIT.............: K                   QUARTERS.....: K12-221L
DETAINERS........: NO                  NOTIFICATIONS: NO
```

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 01-11-2024

THE INMATE IS PROJECTED FOR RELEASE: 07-11-2024 VIA GCT REL


```
---------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------
COURT OF JURISDICTION...........: PENNSYLVANIA, MIDDLE DISTRICT
DOCKET NUMBER...................: 1:15CR00223
JUDGE...........................: JONES
DATE SENTENCED/PROBATION IMPOSED: 05-09-2018
DATE COMMITTED..................: 06-05-2018
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                   FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $100.00         $00.00          $150,000.00   $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO       AMOUNT: $151,122.17

------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  153      18:286,371 FRAUD, OTHER
OFF/CHG: 18:1347 HEALTH CARE FRAUD (CT.1)

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   72 MONTHS
  TERM OF SUPERVISION............:    3 YEARS
  DATE OF OFFENSE................: 12-31-2015
```


```
G0002       MORE PAGES TO FOLLOW . . .
```

Exhibit 7

```
HAF69  540*23 *              SENTENCE MONITORING         *      10-16-2022
PAGE 002        *              COMPUTATION DATA          *      13:51:15
                                AS OF 10-16-2022
```

REGNO..: 72896-067 NAME: CICCHIELLO, JOAN


----------------------CURRENT JUDGMENT/WARRANT NO: 020 -----------------------

```
COURT OF JURISDICTION...........: PENNSYLVANIA, MIDDLE DISTRICT
DOCKET NUMBER...................: 1:21-CR-100-1
JUDGE...........................: CONNER
DATE SENTENCED/PROBATION IMPOSED: 06-29-2022
DATE COMMITTED..................: 08-24-2022
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                 FELONY ASSESS  MISDMNR ASSESS  FINES      COSTS
NON-COMMITTED.:  $100.00        $00.00         $00.00      $00.00
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 ---------------------------
```
OFFENSE CODE....:  521      PERJURY
OFF/CHG: 18:1621 PERJURY CT-1
```

```
 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   15 MONTHS
 TERM OF SUPERVISION............:    3 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CS TO 010/010
 DATE OF OFFENSE................: 08-17-2020
```

------------------------CURRENT COMPUTATION NO: 010 --------------------------

```
COMPUTATION 010 WAS LAST UPDATED ON 07-01-2022 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 07-07-2022 BY DESIG/SENTENCE COMPUTATION CTR
```

```
THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 020 010
```

G0002        MORE PAGES TO FOLLOW . . .

```
 HAF69  540*23 *            SENTENCE MONITORING           *      10-16-2022
PAGE 003 OF 003 *            COMPUTATION DATA              *      13:51:15
                             AS OF 10-16-2022


REGNO..: 72896-067 NAME: CICCHIELLO, JOAN


DATE COMPUTATION BEGAN..........: 05-09-2018
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:     87 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      7 YEARS       3 MONTHS
AGGREGATED TERM OF SUPERVISION..:      3 YEARS
EARLIEST DATE OF OFFENSE........: 12-31-2015

JAIL CREDIT.....................:      FROM DATE      THRU DATE
                                      10-06-2015     10-06-2015
                                      02-20-2018     02-20-2018

TOTAL PRIOR CREDIT TIME.........: 2
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 391
TOTAL GCT EARNED................: 216
STATUTORY RELEASE DATE PROJECTED: 07-11-2024
ELDERLY OFFENDER TWO THIRDS DATE: 03-08-2023
EXPIRATION FULL TERM DATE.......: 08-06-2025
TIME SERVED.....................:      4 YEARS       5 MONTHS     10 DAYS
PERCENTAGE OF FULL TERM SERVED..: 61.3
PERCENT OF STATUTORY TERM SERVED: 71.9

PROJECTED SATISFACTION DATE.....: 07-11-2024
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 3/4/2020 RPC'D FSA E/JKR.
                5-5-2021RECV'D 907 NO INOP TIME DE TO STILL IN FEDERAL CUSTODY
                ON NEW CHARGES E/CLM; 07-01-22 RCVD CS J&C TOT TERM=87M.E/YLR





G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

## 4.   REQUESTS BASED ON NON-MEDICAL CIRCUMSTANCES – ELDERLY INMATES

The criteria for a RIS request may include the following:

a.   **"New Law" Elderly Inmates.**  Inmates sentenced for an offense that occurred on or after November 1, 1987 (e.g., "new law"), who are age 70 years or older and have served 30 years or more of their term of imprisonment.[1(1)]

b.   **Elderly Inmates with Medical Conditions.**  Inmates who fit the following criteria:

Age 65 and older.

Suffer from chronic or serious medical conditions related to the aging process.

Experiencing deteriorating mental or physical health that substantially diminishes their ability to function in a correctional facility.

Conventional treatment promises no substantial improvement to their mental or physical condition.

Have served at least 50% of their sentence.

Additionally, for inmates in this category, the BOP should consider the following factors when evaluating the risk that an elderly inmate may reoffend:

The age at which the inmate committed the current offense.

Whether the inmate suffered from these medical conditions at the time the inmate committed the offense.

Whether the inmate suffered from these medical conditions at the time of sentencing and whether the Presentence Investigation Report (PSR) mentions these conditions.

**1**

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

pro|



Exhibit 8
72896067

## Request for Reduction in Sentence Form

Name: _Iachiello, Joe_ Date: _10/08/2022_ Init: _K_ Register #: _72896067_

A.   Please check what type of RIS you are filing.   Only select one.  Please refer to
Program Statement 5050.50 – 1/17/2019

_____ 1. Terminal Medical Condition

_____ 2. Debilitated Medical Condition.  Briefly describe your medical condition:

_____

_____

_____ 3. Elderly Inmate with Medical Conditions – (must be age 65 or older and completed
at least 50% of your sentence)

Age: _72_      Have you served at least 50% of your sentence? Yes _✓_ No___

_____ 4. Other Elderly Inmate – (must be age 65 or older and completed the greater of
10 years or 75% of your sentence)

Age: ____      Have you served the greater of 10 years or 75% of your
sentence?  Yes___ No ___

_____ 5. "New Law" Elderly Inmates – (sentenced for an offense that occurred on or
after November 1, 1987, who are age 70 years or older and have served 30 years
or more of their term of Imprisonment.

_____ 6. Death or Incapacitation of Caregiver of Child(ren)

_____ 7. Incapacitation of a Spouse or Registered Partner

Exhibit 9

B.   Each RIS request must include the following information:

1.   Proposed Release Plan-

Where will you reside and with whom? _35 West Avenue_
_Mt Carmel Pa_

How will you support yourself? _Social Security / Son_

Where will you receive medical treatment? _Hershey Medical Center_

How will you pay for medical treatment? _Social Security_

2.   Any additional information you wish to be considered: _____

35 West Avenue Mt. Carmel is owned by
A trust - James Rocco Cicchiello Maintains
Properties of the Trust.

Since My Arrival At SFF Hazleton Petitioner's
Feet turn Blue if Petitioner Sits with Feet on
Floor. Nurse Practitioner Resh J(MAT)CRNP And
DR ADams -have witnessed And have Referred to
Have Venus Studies And Also Referred Petitioner
to Cardiologist A UPMC in Maryland.
Petitioner Sits on the Floor with Blanket to allow
Blood to Flow back to the Heart.
My Vision - Concern with ultimately becoming
Blind Due to. Dey eyes And. the Poor medical
Condition that occurred At Dauphin County Prison
This is AN Emergency Situation

For Court / Information

Reduction in Sentence (RIS) Information and Instructions

1. **Please refer to Program Statement 5050.50 – January 17, 2019**

2. **If you are interested in applying for an RIS, please fill out an application (on Trulincs) and select only one option.  Give your completed form to your Unit Manager, who will forward it to the Warden.**

3. **The RIS Coordinators will process your request and reply to you (Ms. Rice or Ms. Hamilton).**



REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 11, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      HAZELTON FCI

TO  : JOAN CICCHIELLO, 72896-067
      HAZELTON FCI     UNT: K    QTR: K12-221L
      P.O. BOX 460
      BRUCETON MILLS,  WV 26525


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1136716-F1     ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : OCTOBER 11, 2022
SUBJECT 1       : CLASSIFICATION/PROGRAM REVIEWS
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.)
                 ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJECT REASON 2: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.         10 days from
                                                                       10-13-22

REMARKS         : THERE IS NO RELIEF REQUESTED ON THE BP9.
                  10 DAYS TO RESUBMIT.

Exhibit 10

REQUEST FOR ADMINISTRATIVE REMEDY

Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Cicchiello  Joen                    72896 067    K 221    SFF Hazleton
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A- INMATE REQUEST** ON 9/21/2022 I Received my INDIVIDUALIZED Needs
Plans Initial Classification ON Pg 2 of my Classification Form
it States I Refuse All programing All my FSA Assignments
State Retase  - See Attached A          See
I Attended my 1st Program on 10-4-2022 - B Attachment
I wrote to Psych - See Attached

10/4/2020                                    _____
DATE                                         SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RECEIVED

_____                _____
DATE                                         WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                   CASE NUMBER: 1136716-F1

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Part C- RECEIPT                              CASE NUMBER: _____
Return to:

SUBJECT: _____
         LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

USP LVN   DATE              ⊕                RECIPIENT'S SIGNATURE (STAFF MEMBER)

                                                              BP-229(13)
                                                              APRIL 1982

```
NUMBER:   HAX-1330.18D
DATE:     February 22, 2021
SUBJECT:  Administrative Remedy
          Program
PAGE:     8
```

ATTACHMENT A

Federal Correctional Complex Hazelton
Requst for Administrative Remedy
Informal Resolution Form – General Population

Notice to Inmates: Prior to receiving a Request for Administrative Remedy Form (BP-229), you MUST attempt Informal Resolution through your Counselor, or provide other documentary evidence of your attempt at informal resolution. Failing to attempt informal resolution may result with rejection of your request.

| Part A | | |
|---|---|---|
| Inmate Name: Cicchiello Joon | Reg. No.: 72896 067 | Unit: K 221 |
| 1. Specific Complaint: For Classification I Refused Courses | | |
| 2. Relief Requested: Place on Hore Confinement | | |

| Part B | | |
|---|---|---|
| Food Service | Unit Manager  X | UNICOR |
| Business Office | Psychology | Education |
| Trust Fund/Laundry | Religious Services | Recreation |
| Health Services | Correctional Svcs | Facilities |
| Safety | ISM/Mailroom/Records | Administration |

| Part C | | |
|---|---|---|
| | Issue Resolved Relief granted | Comments: |
| ✓ | Issue Un-resolved No Relief granted | Comments: Must enroll in courses |
| | Unable to Address Issue Referred | Comments: |

| Inmate Signature: | Date: 9/29/22 |
|---|---|
| Staff Signature: | Date: 10/3/22 |
| Unit Manager Signature: | Date: 10/3/21 |

| Counselor Tracking | | | | | |
|---|---|---|---|---|---|
| Tracking # | Event Date | + 20 Days | Form Issued | BP-9 Issued | BP-9 Returned |
| 1479B | | | 9-29-22 | 103-22 | |

HAZELTON FCI                                    *        10-03-2022
                          UNTG EQ 2***

| REG NO | NAME | FROM | TO | TIME | CATEGORY(2) | CATEGORY(3) |
|--------|------|------|-----|------|-------------|-------------|
| | | | | | QTR ASGN | WRK ASGN |

CALLOUTS   FOR  10-04-2022

| REG NO | NAME | FROM | TO | TIME | QTR ASGN | WRK ASGN |
|--------|------|------|-----|------|----------|----------|
| 72896-067 | CICCHIELLO | | F PSY RGRP | 0800 | K12-221L | W LABOR PL |
| 23243-032 | DOPLE | | F PSY RGRP | 0800 | K11-114U | W LABOR PL |
| 22755-479 | GUERRERO | | F PSY RGRP | 0800 | K11-109U | W K1 ORD |
| 22501-084 | HARPER | | F PSY RGRP | 0800 | K11-125U | W K1 ORD |
| 47809-509 | HINOJOSA | | F PSY RGRP | 0800 | K11-115U | W K1 ORD |
| 54704-074 | LOFTIN | | F PSY RGRP | 0800 | K12-212U | W LABOR PL |
| 67435-060 | MARZANO | | F PSY RGRP | 0800 | K11-113L | W LABOR PL |
| 71458-509 | ROSS | | F PSY RGRP | 0800 | K12-220L | W LABOR PL |
| 21616-041 | SANCHEZ | | F PSY RGRP | 0800 | K11-119L | W LABOR PL |
| 38556-509 | WALKER | | F PSY RGRP | 0800 | K11-103U | W REC AM |
| 27103-081 | MCCORKLE | | F PSY RGRP | 1200 | J12-226U | W LABOR PL |
| 69661-066 | RAMOS | | F PSY RGRP | 1200 | J13-116L | W LABOR PL |
| 15303-509 | SCOTT | | F PSY RGRP | 1200 | J14-214U | W LABOR PL |
| 95229-298 | YANEZ | | F PSY RGRP | 1200 | J11-126L | W LABOR PL |
| 18223-029 | ADAMS | | F PSY RGRP | 1330 | J14-214L | W LABOR PL |
| 24080-509 | GAZAWAY | | F PSY RGRP | 1330 | J13-115U | W LABOR PL |
| 11357-509 | HERNANDEZ | | F PSY RGRP | 1330 | J13-102L | W J2 ORD |
| 44931-509 | HILL | | F PSY RGRP | 1330 | J13-105L | W J2 ORD |
| 17691-059 | HILL | | F PSY RGRP | 1330 | J13-115L | W LABOR PL |
| 16120-040 | HORTON | | F PSY RGRP | 1330 | J14-219L | W LABOR PL |
| 33093-509 | MAYO | | F PSY RGRP | 1330 | J14-202L | W LABOR PL |
| 95535-298 | AGGABAO | | J1 129RDAP | 1230 | J11-114L | W J1 ORD |
| 94697-479 | BALDERAS | | J1 129RDAP | 1230 | J11-122U | W FS KITPM |
| 29477-031 | BELL | | J1 129RDAP | 1230 | J11-125L | W J1 ORD |
| 78365-061 | COPE | | J1 129RDAP | 1230 | J12-216L | W J1 ORD |
| 50133-044 | FRAZIER | | J1 129RDAP | 1230 | J12-201U | W J1 ORD |
| 39967-509 | HALE | | J1 129RDAP | 1230 | J12-223L | W J1 ORD |
| 01609-120 | JONES | | J1 129RDAP | 1230 | J11-119U | W LABOR PL |
| 32636-064 | JONES | | J1 129RDAP | 1230 | J12-217L | W J1 ORD |
| 51087-509 | KELLER | | J1 129RDAP | 1230 | J12-224U | W LABOR PL |
| 26084-075 | MOORE | | J1 129RDAP | 1230 | J12-212U | W LABOR PL |
| 95668-298 | SANCHEZ | | J1 129RDAP | 1230 | J12-214L | W REC AIDE |
| 89362-007 | WILLIAMS | | J1 129RDAP | 1230 | J11-104L | W LABOR PL |
| 22244-078 | DELBOSQUE | | PA #1 | 0800 | K11-131L | W K1 ORD |
| 77275-054 | DUNCAN | | PA #1 | 0800 | K11-101L | W LABOR PL |
| 15898-033 | GARCIA | | PA #1 | 0800 | K14-211L | W LABOR PL |
| 35444-058 | GRIFFITH | | PA #1 | 0800 | K12-211U | W FAC GM |
| 22501-084 | HARPER | | PA #1 | 0800 | K11-125U | W K1 ORD |
| 52286-074 | KENNEDY | | PA #1 | 0800 | K11-102U | W LANDS AM |
| 13538-062 | KNIGHT | | PA #1 | 0800 | K11-105U | W LABOR PL |
| 69877-067 | STRAUSBAUG | | PA #1 | 0800 | K13-129L | W CHAPEL |
| 47539-074 | ALLEN | | PA #1 | 1200 | J14-213U | W LABOR PL |
| 94697-479 | BALDERAS | | PA #1 | 1200 | J11-122U | W FS KITPM |
| 65842-509 | FARRIS | | PA #1 | 1200 | J11-121L | W LABOR PL |
| 77156-097 | FELIX | | PA #1 | 1200 | J12-227U | W COMPND A |
| 15671-049 | KEROUAC | | PA #1 | 1200 | J11-113L | W LABOR PL |

G0002      MORE PAGES TO FOLLOW . . .

CICCHIELLO, JOAN  72896067



| Individualized Needs Plan - Program Review   (Inmate Copy) | SEQUENCE: 02111758 |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | Team Date: 09-24-2022 |
| Plan is for inmate: CICCHIELLO, JOAN  72896-067 | |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| COLD/WIND | NO EXCESS COLD/WIND | 06-12-2018 |
| C19-QUAR | COVID-19 QUARANTINED | 04-16-2020 |
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 06-09-2020 |
| LIMIT SUN | NO EXCESS SUN | 06-12-2018 |
| LOWER BUNK | LOWER BUNK REQUIRED | 09-06-2022 |
| NO PAPER | NO PAPER MEDICAL RECORD | 06-06-2018 |
| REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 06-12-2018 |
| SOFT SHOES | SOFT SHOES ONLY | 06-12-2018 |
| WGT 15 LB | WEIGHT-NO LIFTING OVER 15 LBS | 06-12-2018 |
| YES F/S | CLEARED FOR FOOD SERVICE | 06-12-2018 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| *NO ASSIGNMENTS* | | |

## FRP Payment Plan

Most Recent Payment Plan

| FRP Assignment: | **PART** | **FINANC RESP-PARTICIPATES** | Start: 02-05-2020 |
|---|---|---|---|

| Inmate Decision: | **AGREED** | **$25.00** | Frequency: **QUARTERLY** |
|---|---|---|---|
| Payments past 6 months: | **$0.00** | | Obligation Balance: **$300,822.17** |

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 4 | ASSMT | $100.00 | $100.00 | IMMEDIATE | AGREED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | REST NV | $151,122.17 | $150,722.17 | IMMEDIATE | AGREED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 3 | FINE | $150,000.00 | $150,000.00 | IMMEDIATE | AGREED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |

## FRP Deposits

Trust Fund Deposits - Past 6 months:   $ N/A          Payments commensurate ?   N/A

New Payment Plan:   ** No data **

## Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| N-ANGER R | NEED - ANGER/HOSTILITY REFUSE | 08-27-2022 |
| N-ANTISO R | NEED - ANTISOCIAL PEERS REFUSE | 08-27-2022 |
| N-COGNTV R | NEED - COGNITIONS REFUSE | 08-27-2022 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 08-29-2022 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 09-21-2022 |
| N-FM/PAR R | NEED - FAMILY/PARENTING REFUSE | 08-27-2022 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 08-27-2022 |
| N-MEDICL Y | NEED - MEDICAL YES | 09-06-2022 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 09-06-2022 |
| N-WORK N | NEED - WORK NO | 08-29-2022 |
| R-MIN | MINIMUM RISK RECIDIVISM LEVEL | 09-21-2022 |
| UNREVW HIS | UNREVIEWED OFFENSES | 05-04-2021 |

## Progress since last review

Cicchiello was advised at initial classification and program reviews to maintain clear conduct, have positive staff & peer interaction, participate in educational/vocational recommendations & requirements, meet Financial Responsibility Program (FRP) requirements & responsibilities, participate in programming recommendations and requirements.  She was encouraged to obtain a work assignment/institution employment.  To maintain positive friend & family communication, participate in Release Preparation Program



UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Cechiello Joan      72896067      K, 221      SFF Hazleton

LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A– INMATE REQUEST** ON 9/21/2022 I Received my INDIVIDual of
Needs Plans Intial Classification ON Page 2 of my
Classification Form It States I Refused All Programing
ON my FSA Assignments it States I Refused.
ON 10-4-2022 I Attended my 1st Program-Court Ordered
TRAUMA IN LiFE   I wrote to Psych - See Attached
With my FSA CREDITS & Elderly Provision BOP Policy 5050.50
Petitioner Request/Demands Time Served   Resubmitted
                                        from 10/4/22.
10/17/2022
DATE                                     SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____      _____
DATE                                 WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                      CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                                CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

TRULINCS 72896067 - CICCHIELLO, JOAN - Unit: HAF-K-A

---------------------------------------------------------------------------------------------------------

FROM: FCI Psychology Services
TO: 72896067
SUBJECT: RE:***Inmate to Staff Message***
DATE: 10/05/2022 08:47:02 AM

Threshold Program
Right/Wrong Decisions
Family Programing Series
Foundations

The above classes are not offered through Psychology Services.
Your interest in the other programs requested has been relayed to the appropriate program coordinator.

From: ~^! CICCHIELLO, ~^!JOAN <72896067@inmatemessage.com>
Sent: Tuesday, October 4, 2022 08:08 PM
To: HAF-InmateToPsychologySvcs (BOP) >
Subject: ***Request to Staff*** CICCHIELLO, JOAN, Reg# 72896067, HAF-K-A

To: Psychology
Inmate Work Assignment: N/A

I would like to be placed on the list for the following programs:
Money Smart for Older Adults
Resolve
Threshold Program
Basic Cognitive Skill programs
Cognitive Processing Therapy
Right/Wrong Decisions
Emotional Self Regulation
Family Programing Series
Foundations

thank You for your time and inconvience

Joan Cicchiello

TRULINCS 72896067 - CICCHIELLO, JOAN - Unit: HAF-K-A

---------------------------------------------------------------------------------------------------------------

FROM: FCI Psychology Services
TO: 72896067
SUBJECT: RE:***Inmate to Staff Message***
DATE: 10/04/2022 07:57:02 AM

You are already on call out for the Trauma in Life workshop.  If you wish to enroll in other courses, you must indicate which ones you are looking to take.

From: ~^! CICCHIELLO, ~^!JOAN <72896067@inmatemessage.com>
Sent: Monday, October 3, 2022 01:36 PM
To: HAF-InmateToPsychologySvcs (BOP) >
Subject: ***Request to Staff*** CICCHIELLO, JOAN, Reg# 72896067, HAF-K-A

To: Psychology services
Inmate Work Assignment: N/A

Psych Services

I have never refused any/all programing.  I am very much interested in taking any/all courses, programs, in-services available on campus.
Thank you for your time and inconvenience in this matter

Respectfully submitted

Joan Cicchiello