# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:121-CR-100 |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **JOAN CICCHIELLO,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 26th day of October, 2022, upon consideration of defendant Joan Cicchiello's *pro se* motion (Doc. 113) for compassionate release seeking relief under 18 U.S.C. § 3582(c)(1)(A)(i), and upon further consideration of her *pro se* motion (Doc. 114) requesting appointment of counsel, it is hereby ORDERED that:

1. The Office of the Federal Public Defender for the Middle District of Pennsylvania is APPOINTED to promptly determine whether the defendant is potentially eligible for the requested relief and, if so, to file any appropriate motion on the defendant's behalf.

2. In the event the Federal Public Defender is unable to represent the defendant, the Federal Public Defender shall designate an attorney in accordance with the Criminal Justice Act Plan of the United States District Court for the Middle District of Pennsylvania.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania