UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NOS. 1:21-CR-00100 |
| | : | 1:15-CR-00223 |
| v. | : | |
| | : | (Judge Conner) |
| JOAN CICCHIELLO, | : | |
| Defendant. | : | (Electronically Filed) |

<u>NOTICE OF APPEARANCE</u>

Please enter my appearance as counsel to the United States in the

above-captioned case.

Respectfully submitted,

GERARD M. KARAM
United States Attorney

Dated:  November 1, 2022    By:    /s/ Christian T. Haugsby
CHRISTIAN T. HAUGSBY
Assistant U.S. Attorney
PA 205383
228 Walnut Street, Suite 220
Harrisburg, PA  17108
(717) 221-4482 (t)
(717) 221-4493 (f)
christian.haugsby@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 1, 2022, I served the forgoing

document by electronic means sent to the defendant's attorney at the

following address:

Frederick W. Ulrich, Esq.
fritz_ulrich@fd.org

<u>/s/ Christian T. Haugsby</u>
CHRISTIAN T. HAUGSBY
Assistant U.S. Attorney
