**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:15-CR-00223 |
| | : | Criminal No. 1:21-CR-00100 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| JOAN CICCHIELLO | : | Electronically filed |

**SUPPLEMENT TO BRIEF IN SUPPORT OF MOTION**
**FOR COMPASSIONATE RELEASE AND**
**REDUCTION OF SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A)**

And now, comes Joan Cicchiello, through counsel, Frederick W. Ulrich,

Esquire, and Tammy L. Taylor, Esquire, of the Federal Public Defender's Office,

and submits the following supplemental information in support of her request for

compassionate release and reduction of sentence under 18 U.S.C. § 3582(c)(1)(A).

1.      In October 2022, Joan Cicchiello filed a *pro se* request for compassionate

release and reduction of sentence under 18 U.S.C. § 3582(c)(1)(A).  (No. 1:21-CR-

00100, Doc. 113).

2.      The Federal Public Defender's Office was appointed to represent Ms.

Cicchiello and filed a counseled brief in support on November 28, 2022.  (No.

1:21-CR-00100, Doc. 119).

3.      The government filed it's brief in opposition on December 21, 2022, and

undersigned counsel filed a reply brief on January 4, 2023.  (No. 1:21-CR-00100,

Docs. 127, 131).

4.      At the time of the briefing, Ms. Cicchiello's projected release date was July

11, 2024.  *See* (Doc. 119 at 7).

5.      The Bureau of Prisons recently changed Ms. Cicchiello's projected release

date to September 5, 2023.

6.      Thus, she is requesting to be released eight months early under Section

3582(c)(1)(A).

        This Court should consider Ms. Cicchiello's updated release date when

ruling on her motion under 18 U.S.C. § 3582(c)(1)(A).

Date:  January 11, 2023                        Respectfully submitted,

                                               /s/ *Frederick W. Ulrich*

                                               HEIDI R. FREESE, ESQ.
                                               Federal Public Defender
                                               Middle District of Pennsylvania

                                               FREDERICK W. ULRICH, ESQ.
                                               Assistant Federal Public Defender
                                               TAMMY L. TAYLOR, ESQ.
                                               Staff Attorney
                                               Middle District of Pennsylvania
                                               100 Chestnut Street, Suite 306
                                               Harrisburg, PA  17101
                                               717-782-2237
                                               fritz_ulrich@fd.org

                                               *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I, Frederick W. Ulrich, Esquire, of the Federal Public Defender's Office, certify that I caused to be served on this date a copy of the foregoing filing via electronic case filing, and/or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, and/or by hand delivery, addressed to the following:

Christian T. Haugsby, Esquire
United States Attorney's Office
*christian.haugsby@usdoj.gov*

Date:  January 11, 2023                          /s/ *Frederick W. Ulrich*
                                                                  FREDERICK W. ULRICH, ESQUIRE
                                                                  Assistant Federal Public Defender