AO 442 (Rev. 11/11) Arrest Warrant

**FILED**
**HARRISBURG, PA**

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

FEB 12 2024

PER _____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:15-CR-223/1:21-CR-100 |
| Joan Cicchiello | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Joan Cicchiello                                                              ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☑ Order of the Court

This offense is briefly described as follows:

Failure to Appear

Date:   02/06/2024

/s/ Christopher C. Connner
*Issuing officer's signature*

City and state:   Harrisburg, PA

Christopher C. Conner, United States District Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 02/06/2024 , and the person was arrested on *(date)* 02/06/2024 at *(city and state)* Harrisburg, PA . |
| Date: 02/06/2024 |
| *Arresting officer's signature* |
| S. Alexander   DUSM |
| *Printed name and title* |